# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN M. DOMURAD**<br>Clerk<br><br>**DANIEL R. MCALLISTER**<br>Chief Deputy | Federal Building and Courthouse<br>P.O. Box 7367<br>Syracuse, New York 13261-7367<br>(315) 234-8500 |

2/21/2023

Michael J. Zinna, Esq.
Vincent M. Ferraro, Esq.
KELLEY DRYE & WARREN LLP
3 World Trade Center
New York, New York 10007
Telephone: (212) 808-7800
MZinna@KelleyDrye.com
VFerraro@KelleyDrye.com

RE: Telebrands Corporation vs. BHSD Trading LLC
NYND CASE NO. 1:23-cv-225 (MAD/CFH)

Dear Counselors:

Please be advised that the above case was filed on 02/17/2023, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court. This means all attorneys MUST have an individual PACER account, and request admission via PACER. If you will be seeking Permanent Admission, instructions can be found on our website at: http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf. If you will be seeking Pro Hac Vice Admission, instructions can be found by using the following link: http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf. Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquiries should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Zach Cortese, Case Processing Specialist

Encs.
cc: Neil M. Merkl, Esq. (via CM/ECF)
    NDNY File