# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### CLERK'S CERTIFICATE OF ACTION TAKEN ON PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT

Telebrands Corporation

vs.                                CASE NUMBER: **1:23-cv-225 (MAD/CFH)**

BHSD Trading LLC

I, JOHN M. DOMURAD, CLERK, by Kathy Rogers, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 27th day of April, 2023 against BHSD Trading LLC.

Dated: _____April 27, 2023_____

Clerk of Court

By: s/ Kathy Rogers

Deputy Clerk