UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Telebrands Corporation,<br><br>                                Plaintiff,<br><br>          v.<br><br>BHSD Trading LLC,<br><br>                                Defendant. | Case No. 1:23-cv-00225-MAD-CFH<br><br>**NOTICE OF MOTION AND MOTION FOR WITHDRAWAL OF APPEARANCE** |

        PLEASE TAKE NOTICE that, pursuant to Rule 11.1(b) of the Local Rules for the United States District Court for the Northern District of New York, I, Neil Merkl, attorney with the law firm of Kelley Drye & Warren LLP and attorney for the Plaintiff Telebrands Communications in this action, hereby withdraws as attorney of record, as I am no longer active on the case, and will no longer represent Telebrands Communications. Plaintiff Telebrands Communications will continue to be represented by Michael Zinna and Vincent Ferraro of Kelley Drye & Warren LLP.

DATED:    New York, New York
               May 11, 2023

KELLEY DRYE & WARREN LLP

By: /s/ Neil Merkl
     Neil Merkl
     Michael Zinna
     Vincent Ferraro
     3 World Trade Center
     175 Greenwich Street
     New York, NY 10178
     (212) 808-7811
     NMerkl@KelleyDrye.com
     MZinna@KelleyDrye.com
     VFerraro@KelleyDrye.com
     *Attorneys for Plaintiff Telebrands Corporation*

SO ORDERED:

Dated _____, 2023                        _____