United States District Court
Northern District of New York

---

TELEBRANDS CORPORATION,

                              Plaintiff,

-against-

BHSD TRADING LLC.,

                              Defendant.

AFFIDAVIT OF SERVICE

Civil Action No. 1:23-cv-00225-MAD-CFH

---

State of New York )
                     ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on October 31, 2023 at approximately 2:05 PM deponent served the following specific papers pursuant to Section 303 of the Limited Liability Company Law: Memorandum- Decision and Order, Plaintiff Telebrands Corporation's First Set of Damages Request for Production to Defendant and Plaintiff Telebrands Corporation's First Set of Damages Interrogatories to Defendant, that the party served was BHSD Trading LLC, a domestic limited liability company, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Sue Zouky, a white female with light brown hair, being approximately 70 years of age; height of 5'0", weight of 125 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                          _Edward J. Bowmaker_
                                                             Edward J. Bowmaker

Sworn to before me this 31 day of October, 2023

_Carla J. Vinetti_
Carla J. Vinetti
Notary Public — State of New York
Qualified in Albany County
Registration No. 01VI6051462
Commission Expires: 12-04-2026