UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>BHSD TRADING LLC,<br><br>　　　　　　　　　　Defendant. | Civil Action No. 1:23-cv-00225-MAD-CFH<br><br>Judge Mae A. D'Agostino<br>Magistrate Judge Christian F. Hummel |

**NOTICE OF PLAINTIFF TELEBRANDS CORPORATION'S MOTION TO SEAL**

PLEASE TAKE NOTICE that Plaintiff Telebrands Corporation ("Telebrands"), will and hereby does move this Court, pursuant to N.D.N.Y. Local rule 5.3, for an order permanently sealing portions of its Motion for Damages and exhibits thereto containing confidential and commercially sensitive information. In support of this Motion, Telebrands is filing an accompanying Memorandum of Law and Proposed Order and submitting to the Court highlighted versions of the documents it seeks to seal.

DATED: July 26, 2024　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　 */s/ Michael J. Zinna*
　　　　　　　　　　　　　　　　　　　　　　Michael J. Zinna (NDNY Bar No. 704313)
　　　　　　　　　　　　　　　　　　　　　　Vincent M. Ferraro (NDNY Bar No. 704316)
　　　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP
　　　　　　　　　　　　　　　　　　　　　　3 World Trade Center
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 808-7800
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 808-7897
　　　　　　　　　　　　　　　　　　　　　　Email: MZinna@KelleyDrye.com
　　　　　　　　　　　　　　　　　　　　　　Email: VFerraro@KelleyDrye.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　*Telebrands Corporation*

1