UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORPORATION,<br><br>         Plaintiff,<br><br>v.<br><br>BHSD TRADING LLC,<br><br>         Defendant. | Civil Action No. 1:23-cv-00225-MAD-CFH<br><br>Judge Mae A. D'Agostino<br>Magistrate Judge Christian F. Hummel |

## CERTIFICATE OF SERVICE

I, Michael J. Zinna, certify that:

1. I am a partner at the law firm of Kelley Drye & Warren LLP, counsel for Plaintiff Telebrands Corporation ("Telebrands") in the above captioned case. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Northern District of New York.

2. I hereby certify that a copy of Telebrands' Motion to Seal, Proposed Order, and Proposed Sealed Materials were electronically filed on July 26, 2024.

3. The Proposed Sealed Materials further contain Telebrands Motion for Damages, Pre- and Post-Judgment Interest and Costs and materials in support of same.

4. Notice of this filing will be distributed to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

5. I further certify that I have tendered the aforementioned materials to a process server for service upon Defendant BHSD Trading LLC.

1

DATED: July 26, 2024                              Respectfully submitted,

                                                        */s/ Michael J. Zinna*
                                                       Michael J. Zinna (NDNY Bar No. 704313)
KELLEY DRYE & WARREN LLP
3 World Trade Center
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: MZinna@KelleyDrye.com

*Attorney for Plaintiff*
*Telebrands Corporation*