UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>BHSD TRADING LLC,<br><br>                    Defendant. | Civil Action No. 1:23-cv-00225-MAD-CFH<br><br>Judge Mae A. D'Agostino<br>Magistrate Judge Christian F. Hummel |

## [PROPOSED] ORDER GRANTING PLAINTIFF TELEBRANDS CORPORATION'S MOTION TO SEAL

This matter comes before the Court on Plaintiff Telebrands Corporation's ("Telebrands") motion to seal portions of its Memorandum of Law in support of its Motion for Damages and certain exhibits thereto.

Upon consideration of Telebrands' motion to file under seal, and upon a finding that Telebrands' Memorandum of Law in support of its Motion for Damages and certain exhibits thereto contain confidential BHSD Trading, Inc. and Telebrands business information sufficient to outweigh the presumption of public access, Telebrands' motion is **GRANTED**.

It is hereby **ORDERED** that the redacted portions of Telebrands' Memorandum of Law in Support of its Motion for Damages and the Declaration of Christopher Anderson in Support of its Motion for Damages, the Affidavit of Michael J. Zinna and Exhibits 1–6 to same shall remain under seal.

The Court retains discretion whether to afford confidential treatment to any confidential document or information contained in any confidential document submitted to the Court in connection with any motion, application, or proceeding that may result in an order and/or decision by the Court.

1

2

**DATED:** _____, 2024

                                                      Hon. Mae. A. D'Agostino
                                                      United States District Judge