# [SEALED] EXHIBIT 5