# [SEALED] EXHIBIT 6