# EXHIBIT 7

Your payment has been successfully processed and the details are below. If you have an

Account Number: 5743950
Court: NEW YORK NORTHERN DISTRICT COURT
Amount: $402.00
Tracking Id: ANYNDC-6204669
Approval Code: 175271
Card Number: ************2001
Date/Time: 02/17/2023 04:45:43 ET


NOTE: This is an automated message. Please do not reply