# EXHIBIT 8

# CLASSIC LEGAL SUPPORT SERVICES, INC.

475 PARK AVENUE SO.
18TH FLOOR
NEW YORK, NEW YORK 10016.
212-889-3200

*TAX ID NUMBER 47-3697042*

JUNE 1, 2023
Invoice 23-01211

KELLEY DRYE & WARREN
3 WTC, 175 GREENWICH STREET
NEW YORK, NEW YORK 10007
ATTN. PAUL OSTENSEN, ESQ.

CLIENT NO.

USDC/ND OF NY
1:23-CV-00225
TELEBRANDS CORPORATION
V
BHSD TRADING LLC

NOTICE OF MOTION FOR DEFAULT JUDGEMENT,
MEMORANDUM OF LAW

| | | |
|---|---|---|
| 6/1/23 | BHSD TRADING LLC | |
| | SERVICE VIA SOS IN ALBANY, NY | $365.00 |
| | MANDATORY FEE | $40.00 |
| | COPIES 50 PGS x 2 @ $0.35 PER PG | $35.00 |

TOTAL: $440.00

029459.70