# EXHIBIT 9

# CLASSIC LEGAL SUPPORT SERVICES, INC.

**475 PARK AVENUE SO.**
**18TH FLOOR**
**NEW YORK, NEW YORK 10016.**
**212-889-3200**

*TAX ID NUMBER 47-3697042*

NOVEMBER 2, 2023
Invoice 23-01311

**KELLEY DRYE & WARREN**
**3 WTC, 175 GREENWICH STREET**
**NEW YORK, NEW YORK 10007**
**ATTN. PAUL OSTENSEN, ESQ.**

**CLIENT NO.**

USDC/ND OF NY
1:23-CV-00225
TELEBRANDS CORPORATION
V
BHSD TRADING LLC

NOTICE OF MOTION FOR DEFAULT JUDGEMENT,
MEMORANDUM OF LAW

| 10/31/23 | BHSD TRADING LLC | |
| | SERVICE VIA SOS IN ALBANY, NY | $365.00 |
| | MANDATORY FEE | $40.00 |
| | COPIES 31 PGS x 2 @ $0.35 PER PG | $21.70 |

**TOTAL: $426.70**

029459/41