UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>BHSD TRADING LLC,<br><br>        Defendant. | Civil Action No. 1:23-cv-00225-MAD-CFH<br><br>Judge Mae A. D'Agostino<br>Magistrate Judge Christian F. Hummel |

## CERTIFICATE OF SERVICE

I, Michael J. Zinna, certify that:

1. I am a partner at the law firm of Kelley Drye & Warren LLP, counsel for Plaintiff Telebrands Corporation ("Telebrands") in the above captioned case. I am a member of the bar of the State of New York and am admitted to practice before the United States District Court for the Northern District of New York.

2. I hereby certify that public versions of Telebrands' Motion for Damages, Pre- and Post-judgment Interest and Costs and materials in support of same were electronically filed on July 26, 2024. Notice of this filing will be distributed to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

3. I further certify that sealed versions of Telebrands' Motion for Damages, Pre- and Post-judgment Interest and Costs and materials in support of same were submitted to the Court for *in camera* review on July 26, 2024.

4. I further certify that I have tendered the sealed versions of Telebrands' Motion for Damages, Pre- and Post-judgment Interest and Costs and materials in support of same to a process server for service upon Defendant BHSD Trading LLC.

1

DATED: July 26, 2024  Respectfully submitted,

   */s/ Michael J. Zinna*
Michael J. Zinna (NDNY Bar No. 704313)
KELLEY DRYE & WARREN LLP
3 World Trade Center
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: MZinna@KelleyDrye.com

***Attorney for Plaintiff***
***Telebrands Corporation***