# ADAM K. KURLAND,
## ATTORNEY AT LAW, P.C.

337 NORTH MAIN STREET
SUITE 11
NEW CITY, NEW YORK 10956
TELEPHONE
(845) 638-4700
FACSIMILE
(845) 638-4767
WWW.ADAMKURLANDLAW.COM

ADAM K. KURLAND
AKURLAND@AKKPC.COM.
ADMITTED IN NY AND NJ

PARALEGAL:
KATHERINE M. KIVLEHAN
KATHERINE@AKKPC.COM

LEGAL ASSISTANT:
JOCELYN HILL
JOCELYN@AKKPC.COM

August 7, 2024

**VIA ECF**
Hon. Mae A. D'Agostino, U.S.D.J.
United States District Court
Northern District of New York
445 Broadway, Courtroom 5
Albany, New York 12207

RE:  TELEBRANDS CORPORATION v. BHSD TRADING LLC
     CIVIL ACTION NO. 1:23-cv-00225-MAD-CFH

Dear Judge D'Agostino:

This office is counsel to Defendant in connection with the above-referenced matter. Although I am currently awaiting the delivery of a certificate of good standing from the U.S. District Court of the Southern District of New York in order to submit my application for admission to practice in the Northern District of New York, I write to respectfully request a two (2) week extension of the deadline to file opposition to Plaintiff's motion for damages from August 9, 2024 to August 23, 2024. This request is on consent of Plaintiff's counsel and is Defendant's first request for an extension.

Thank you in advance for your attention and consideration to this request.

Respectfully,

ADAM K. KURLAND

AKK:jh
cc: Michael Zinna, Esq. *(via ECF)*