**From:** Adam Kurland <akurland@akkpc.com>
**Sent:** Thursday, May 2, 2024 7:11 PM
**To:** Zinna, Michael <MZinna@KelleyDrye.com>
**Cc:** Ferraro, Vincent M. <VFerraro@KelleyDrye.com>
**Subject:** Re: Perlmutter

Mike,

Good evening.  I am in possession of my client's signed declaration and exhibits.  I am prepared to deliver it to you on the condition that it remains confidential and shall not be disclosed (other than to your client), filed or in any way used in the pending or any other related litigation, other than in connection with the enforcement of a
prospective agreement by and between the parties. Please reply to confirm.  Thank you.

adam

Adam K. Kurland, Esq.
ADAM K. KURLAND, ATTORNEY AT LAW, P.C.
337 North Main Street
Suite 11
New City, New York 10956
(845) 638-4700
(845) 638-4767-Fax
akurland@akkpc.com
www.adamkurlandlaw.com

---

From: **Zinna, Michael** <MZinna@kelleydrye.com>
Date: Fri, May 3, 2024 at 12:11 PM
Subject: RE: Perlmutter
To: Adam Kurland <akurland@akkpc.com>
Cc: Ferraro, Vincent M. <VFerraro@kelleydrye.com>

Adam,

Agreed.

Thanks,
Mike

**MICHAEL ZINNA**

**Kelley Drye & Warren LLP**
Tel: (973) 503-5964
Tel: (212) 808-7964
Cell: (973) 223-5163