

Michael J. Zinna

Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, NJ 07054

Tel:  (973) 503-5964
Fax: (973) 503-5950
MZinna@KelleyDrye.com

August 27, 2024

**VIA ECF**

Hon. Mae A. D'Agostino, U.S. District Judge
James T. Foley, U.S. Courthouse
445 Broadway
Albany, NY 12207

Re: *Telebrands Corporation v. BHSD Trading LLC*, No. 1:23-cv-00225-MAD-CFH

Dear Judge D'Agostino:

Plaintiff Telebrands Corporation requests the Court extend the deadline for Telebrands to submit its reply brief in support of its Motion for Damages by two weeks from August 30, 2024 to September 13, 2024.

This is Telebrands' first request for an extension of time. Telebrands' reply was originally due August 16, 2024 prior to the Court granting Defendant BHSD Trading LLC's request for a two week extension to oppose Telebrands' Motion. Dkt. No. 37. In granting BHSD's request for an extension, the Court reset the deadline for Telebrands' reply to August 30, 2024. *Id.*

BHSD Trading consents to Telebrands' requested extension.

No other deadlines will be impacted by the requested extension.

Sincerely,

Michael J. Zinna

cc:     Adam K. Kurkland