UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORPORATION,<br><br>                           Plaintiff,<br><br>v.<br><br>BHSD TRADING LLC,<br><br>                           Defendant. | Civil Action No. 1:23-cv-00225-MAD-CFH<br><br>Judge Mae A. D'Agostino<br>Magistrate Judge Christian F. Hummel |

**NOTICE OF PLAINTIFF TELEBRANDS CORPORATION'S MOTION TO SEAL**

PLEASE TAKE NOTICE that Plaintiff Telebrands Corporation ("Telebrands"), will and hereby does move this Court, pursuant to N.D.N.Y. Local rule 5.3, for an order permanently sealing portions of its Reply Brief in Support of its Motion for Damages containing allegedly confidential and commercially sensitive information. In support of this Motion, Telebrands is filing an accompanying Memorandum of Law and Proposed Order and submitting to the Court highlighted versions of the documents it seeks to seal.

DATED: September 13, 2024          Respectfully submitted,

 /s/ Michael J. Zinna
Michael J. Zinna (NDNY Bar No. 704313)
Vincent M. Ferraro (NDNY Bar No. 704316)
KELLEY DRYE & WARREN LLP
3 World Trade Center
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: MZinna@KelleyDrye.com
Email: VFerraro@KelleyDrye.com

*Attorneys for Plaintiff*
*Telebrands Corporation*

1