# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELEBRANDS CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>BHSD TRADING LLC,<br><br>                    Defendant. | Civil Action No. 1:23-cv-00225-MAD-CFH<br><br>Judge Mae A. D'Agostino<br>Magistrate Judge Christian F. Hummel |

## [PROPOSED] ORDER GRANTING PLAINTIFF TELEBRANDS CORPORATIONS MOTION TO SEAL

This matter comes before the Court on Plaintiff Telebrands Corporation's ("Telebrands") motion to seal portions of its Reply Brief in support of its Motion for Damages.

Upon consideration of Telebrands' motion to file under seal, and upon a finding that Telebrands' Reply Brief in support of its Motion for Damages contain confidential BHSD Trading, Inc. business information sufficient to outweigh the presumption of public access, Telebrands' motion is **GRANTED**.

It is hereby **ORDERED** that the redacted portions of Telebrands' Reply Brief in Support of its Motion for Damages shall remain under seal.

The Court retains discretion whether to afford confidential treatment to any confidential document or information contained in any confidential document submitted to the Court in connection with any motion, application, or proceeding that may result in an order and/or decision by the Court.

**DATED:** _____, 2024

                                                                    _____
                                                                    Hon. Mae. A. D'Agostino
                                                                    United States District Judge

1