*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF NEW YORK*

## JUDGMENT IN A CIVIL CASE

**TELEBRANDS CORPORATION,**
                    **Plaintiff,**

        **vs.**                                                    **1:23-CV-225**
                                                                   **(MAD/CFH)**


**BHSD TRADING LLC,**
                    **Defendants.**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's motion for damages, prejudgment interest, post judgment interest, and costs (Dkt. No. 34) is **GRANTED IN PART and DENIED IN PART** as follows: **GRANTED** as to compensatory damages, prejudgment interest, and post judgment interest; **DENIED WITHOUT PREJUDICE** as to costs; **DENIED** as to treble damages; and **DENIED** as to attachment of Defendant's accounts; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Plaintiff's favor in the amount of $2,924,157.12, in addition to: pre-judgment interest at the rate if nine percent per annum from February 28, 2017, until the date judgment is entered pursuant to the Memorandum-Decision and Order; post-judgment interest at the rate determined by 28 U.S.C. § 1961; and the Court further **ORDERS** that, if Plaintiff seeks to recover costs, Plaintiff must file a bill of costs and any related accounting in compliance with 28 U.S.C. § 1920, Rule 54 of the Federal Rules of Civil Procedure, and Local Rule 54.1, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 15th day of January, 2025.

DATED: January 15, 2025

Clerk of Court

s/Britney Norton
Britney Norton
Deputy Clerk