# **EXHIBIT B**

KELLEY DRYE & WARREN, LLP
**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**



**AFFIRMATION OF SERVICE**

\*11008\*

Index No.: **1:23-CV-0225**

| | |
|---|---|
| Plaintiff(s): | **TELEBRANDS CORPORATION** |
| | vs. |
| Defendant(s): | **BHSD TRADING, LLC** |

**William Feliciano**, the undersigned, affirms:
I am not a party herein and I am over 18 years of age. I reside in the State of New York.

On **05/30/2025** at **7:31 PM**, I served the **SUBPOENA AD TESTIFICANDUM, EXHIBIT(S) with the index#1:23-CV-0225 endorsed thereon together with a witness fee check in the amount of $66.00** on **ISAAC PERLMUTTER** at **120 SETTLEMENT RD, MOUNT KISCO, NY 10549** in the manner indicated below:

SUITABLE AGE: by delivering thereat a true copy of each to **Chany Perlmutter**, **WIFE** of **Isaac Perlmutter**, a person of suitable age and discretion. Said premises is **Isaac Perlmutter's** usual place of abode within the state.

On **06/03/2025**, I enclosed a copy of same in a first class postpaid envelope bearing the words "Personal & Confidential" properly addressed to defendant and defendant's last known residence, at **120 SETTLEMENT RD, MOUNT KISCO, NY 10549** and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Description of Person Served Based Upon the Undersigned's Perception:

| Gender | Race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Female | Caucasian | Head Wrap | 50-60 | 5ft 4in - 5ft 8in | 131-160 lbs |
| Other Features: **Wears Glasses** | | | | | |

I asked **Chany Perlmutter** whether **Isaac Perlmutter** was in the active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. The source of my information and belief are the conversations above narrated. Upon information and belief I aver that **Isaac Perlmutter** is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

I affirm this 3rd day of June, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

X_____

William Feliciano
Notary Not Required Pursuant To N.Y. CPLR 2106
CLASSIC LEGAL SUPPORT, INC.
2 Park Avenue, 20th Floor
NEW YORK, NY, NY 10016
(212) 889-3200

Job#: N/A