# ADAM K. KURLAND,
# ATTORNEY AT LAW, P.C.

337 NORTH MAIN STREET
SUITE 11
NEW CITY, NEW YORK 10956
TELEPHONE
(845) 638-4700
FACSIMILE
(845) 638-4767
WWW.ADAMKURLANDLAW.COM

ADAM K. KURLAND
AKURLAND@AKKPC.COM.
ADMITTED IN NY AND NJ

PARALEGAL:
KATHERINE M. KIVLEHAN
KATHERINE@AKKPC.COM

LEGAL ASSISTANT:
JOCELYN HILL
JOCELYN@AKKPC.COM

August 11, 2025

Hon. Mae A. D'Agostino
United States District Judge
Hon. Paul J. Evangelista
United States Magistrate Judge
Northern District of New York
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:   *Telebrands Corporation v. BHSD Trading LLC*, No. 1:23-cv-225 (N.D.N.Y.) – **Request for Brief Adjournment of Pre-Motion Conference**

Dear Jude D'Agostino and Judge Evangelista:

    I am co-counsel to defendant/judgment-debtor BHSD Trading LLC ("BHSD") in the above-captioned matter, as well as non-party subpoena recipient, Isaac Perlmutter, individually.

    Blank Rome LLP ("Blank Rome") was just retained as counsel for BHSD and Mr. Perlmutter. Attorneys from that firm have applied for admission in this district and are in the process of substituting into this action. Lead counsel from Blank Rome has a trial in a different matter that has been continued through Tuesday.

    As such, BHSD and Mr. Perlmutter respectfully request that the pre-motion conference scheduled for Tuesday, August 12, 2025, be adjourned to one of the following dates and times:

- August 14, 2025, at any time;

- August 15, 2025, between the hours of 3 PM and 5 PM; or, to the extent the Court cannot accommodate the August dates,

- September 22, 2025.

    This is BHSD's and Mr. Perlmutter's first request for an extension with respect to the scheduled pre-motion conference. Counsel for plaintiff/judgment-debtor Telebrands Corporation neither consents to nor opposes this request.

    We thank the Court for its attention to this matter.

Hon. Mae A. D'Agostino, Hon. Paul J. Evangelista
August 11, 2025
Page 2

Respectfully submitted,

**ADAM KURLAND,
ATTORNEY AT LAW, P.C.**

By: /s/ Adam K. Kurland
    Adam K. Kurland
337 North Main Street
New City, New York 10956
Tel.: (845) 638-4700
Fax: (845) 638-4767
akurkland@akkpc.com

*Attorneys for Defendant and Mr. Perlmutter*

cc:    all counsel of record (via ECF)