September 5, 2025

<u>Via ECF</u>
The Honorable Paul J. Evangelista
United States Magistrate Judge
Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway
Albany, NY 12207

      Re:    Joint Status Letter, I. Perlmutter Deposition - <u>*Telebrands Corporation v. BHSD Trading LLC,*</u> No. 1:23-cv-225 (N.D.N.Y.)

Dear Judge Evangelista:

We write on behalf of Plaintiff Telebrands Corporation ("Telebrands") after conferring with Defendant BHSD Trading LLC ("BHSD" or the "Judgment Debtor") and Mr. Isaac Perlmutter ("Perlmutter") concerning Perlmutter's deposition during post-judgment discovery in this matter. On August 28, 2025, the Court held a conference concerning certain disputes between the parties as to Perlmutter's deposition. The Court subsequently entered an order directing the parties to "set up the deposition (as outlined during the conference) and to file a letter on the docket . . . indicating when the deposition is scheduled for, where it will take place and if remote or in person."

The parties have conferred in compliance with the Court's order, and Telebrands now reports to the Court that the parties have agreed that Telebrands will conduct Perlmutter's deposition in person on September 18, 2025. The deposition will take place at the Veritext office in White Plains, NY. The parties have agreed that the deposition will start at 1 p.m. and will proceed for three hours of record time, without waiver of Telebrands' right to seek further testimony from Perlmutter.

Counsel for Telebrands shared a draft of this letter with counsel for BHSD and Perlmutter prior to filing, but counsel for BHSD and Perlmutter did not respond. Accordingly, while the above sets forth the agreement between the parties with respect to the logistics for Perlmutter's deposition, counsel for Telebrands files this letter on behalf of Telebrands only, and not jointly with BHSD and Perlmutter.

Respectfully submitted,

        */s/ Michael J. Zinna*
        Michael J. Zinna
        KELLY DRYE
        & WARREN LLP
        *Attorneys for Telebrands Corporation*